In re Samy ASHKAR, Georg Weber, Melvin Glimcher, and Harvey Cantor.

No. 2009–1124.

United States Court of Appeals, Federal Circuit.

March 13, 2009.

Patrea L. Pabst, Pabst Patent Group LLP, Atlanta, GA, for Georg Weber, Harvey Cantor, Melvin Glimcher and Samy Ashkar.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Don A. MYNARD, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2009–3041.

United States Court of Appeals, Federal Circuit.

March 31, 2009.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.